ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 20 2006

at ___ o'clock and 35 min. A M
SUE BEITIA, CLERK

Jason Apela Gonsalves )
     Petitioner, )
)
-vs- )
) CR 02-00176-08(DAE)
United States of America )
     Respondant. )
X

MOTION FOR EXTENSION OF TIME TO ANSWER GOVERNMENT's RESPONSE ON
PETITIONER's 28 U.S.C. 2255

NOW COMES: the Petitioner Jason Apela Consalves, acting pro-se moves the Honorable Court to GRANT this Motion for the following reasons:

1) The Petitioner does not have any experience in the law.

2) The Petitioner rely's on other inmates who also don't really know the law, to help with his legal work.

3) The Petitioner has six bona-fied issues that need to be presented to the Court.

4) The Petitioner is limited in the hours that he can use the law library.

5) The Petitioner is asking for at least a 90 day extension of time, so that he can present a Non-Frivilous Brief to the Court.

For the above reasons, the petitioner prays that this motion will be granted.

Respectfully Submitted,

Dated: 9-13 2006.

Jason Apela-Gonsalves

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this foregoing instrument has been mailed postage prepaid on this 13 day of Sept. 2006, to the AUSA Thomas Muehleck at 300 Ala Moana Boulevard Honolulu, HI. 96850 by depositing same in the legal mail box at FCI Ft. Dix New Jersey institution.

Jason Apela Gonsalves
Reg # 89961-022
P.O. Box 7000
Fort Dix, N.J. 08640

-28-