INMATE NAME: Jason Gonsalves
REGISTER NO.: 88961-022
HOUSING UNIT: 5802
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
P.O. BOX 2000
P.O. BOX 7000
FORT DIX, NJ 08640

U.S. District Court of Hawaii
300 Ala Moana Blvd. C-338
Hon, HI. 96850-0338

TRENTON NJ 086
18 SEP 2006 PM 4 L



**RECEIVED**
CLERK, U.S. DISTRICT COURT
SEP 20 2006
DISTRICT OF HAWAII