IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JASON APELA GONSALVES, | ) | CR. NO. 02-00176-08 DAE |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

ORDER GRANTING MOTION FOR EXTENSION
OF TIME TO FILE A REPLY TO GOVERNMENT'S RESPONSE

Based upon the contents contained in Petitioner's Motion for Extension of Time to Answer Government's Response on Petitioner's 28 U.S.C. 2255, Petitioner is granted an extension until November 1, 2006, in which to submit his reply.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 21, 2006.



_____
David Alan Ezra
United States District Judge